**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Parker School Uniforms, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No: 18-10085 (CSS) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears for Frost Bank, and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceeding, whether formal or informal, be served on Frost Bank by and through its counsel, as follows:

Michael J. Quilling
Linda LaRue
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street Suite 1800
Dallas, TX  75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: mquilling@qslwm.com
Email: llarue@qslwm.com

And

J. Kate Stickles (DE Bar No. 2917)
Katherine M. Devanney (DE Bar No. 6356)
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: kstickles@coleschotz.com
Email: mdevanney@coleschotz.com

And

Michael D. Warner, Esq.
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile (817) 810-5255
Email: mwarner@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of Frost Bank to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: January 17, 2018 Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Kate Stickles*
J. Kate Stickles (DE Bar No. 2917)
Katherine M. Devanney (DE Bar No. 6356)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
mdevanney@coleschotz.com

Michael D. Warner
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
mwarner@coleschotz.com

And

Michael J. Quilling
Linda LaRue
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

Counsel for Frost Bank

## **CERTIFICATE OF SERVICE**

      I certify that on January 17, 2018, a true and correct copy of the foregoing Notice of Appearance was served via U.S. First Class Mail on the parties listed below.

                                                */s/ Kate Stickles*
                                                J. Kate Stickles

**Debtor:**
Parker School Uniforms, LLC
6300 W. By Northwest Boulevard, Suite 100
Houston, TX 77040

**Debtor's Counsel:**
Aaron S. Applebaum
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801

**U.S. Trustee:**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Trustee:**
Jeoffrey L. Burtch
P.O. Box 549
Wilmington, DE 19899