# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Parker School Uniforms, LLC,** | : | **Case Nos. 18-10085 (CSS)** |
| | : | |
| **Debtor.** | : | |

## NOTICE OF STATUS CONFERENCE

Please be advised that the Court will hold a status conference in the above-referenced case on **February 15, 2018 at 2:00 p.m.**

          **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Aaron S. Applebaum*
    Aaron S. Applebaum (DE Bar No. 5587)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    Telephone: (302) 421-6800
    Facsimile: (302) 421-6813
    aaron.applebaum@saul.com

*Attorneys for the Debtor*

Dated: January 19, 2018