IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Parker School Uniforms, LLC, | : | |
| | : | Case No. 18-10085 (CSS) |
| Debtor. | : | Ref. D.I. 167 |

**ORDER GRANTING THE APPLICATION OF JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE EXPANDED SCOPE OF COOCH AND TAYLOR, P.A.'S RETENTION AS SPECIAL COUNSEL TO INCLUDE INSIDER AVOIDANCE ACTIONS <u>*NUNC PRO TUNC*</u> TO AUGUST 22, 2019**

UPON CONSIDERATION OF the *Application of Jeoffrey L. Burtch, Chapter 7 Trustee for an Order Authorizing the Expanded Scope of Cooch and Taylor, P.A.'s ("C&T") Retention as Special Counsel to Include Insider Avoidance Action Nunc Pro Tunc to August 22, 2019"* (the "Application"), and after notice and an opportunity for hearing,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED, as set forth herein.

2. Pursuant to Section 327(a) and 328 of Title 11 of the United States Code, the Trustee is authorized to employ Cooch and Taylor, P.A., as his special counsel to include Chapter 5 of Bankruptcy Code insider-avoidance actions in the above-captioned case *nunc pro tunc* to August 22, 2019.

3. C&T's contingency fee shall be calculated as set forth in the Application.

4. C&T may apply for approval on an interim basis of its 35% contingency fee and associated expenses within a 9019 motion that seeks approval of a settlement of an Avoidance Action ("Interim Fees and Expenses"). C&T will not need to supply its time records in connection with approval of Interim Fees and Expenses but will show the calculation of the

contingency fee and the expense detail.  C&T may also seek interim approval of its expenses through the filing of a fee application containing the expense detail.

5. At the conclusion of C&T's engagement, C&T will file a final fee application (the "Final Fee Application") with its time and expense detail seeking approval on a final basis of the Interim Fees and Expenses.

6. C&T's Final Fee Application shall be subject to review for reasonableness of the Interim Fees and Expenses.

**Dated: October 8th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**