# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Parker School Uniforms, LLC, | Case No.: 18-10085-CSS |
| Debtors. | |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 19-50769-CSS |
| Argosy Investment Partners V, L.P., and Argosy Investment Partners Parallel V, L.P., | |
| Defendants. | **Re: Docket Nos. 1, 28, 29, 32, 34** |

## NOTICE OF COMPLETION OF BRIEFING ON
## DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that Argosy Investment Partners V, L.P. and Argosy Investment Partners Parallel V, L.P. ("Defendants"), Defendants in the above-captioned matter, by and through his undersigned counsel, hereby informs the Court that briefing on Defendants' Motion to Dismiss ("Motion to Dismiss") is now completed.  The pleadings relevant to the Motion to Dismiss are as follows:

1.  Complaint to Avoid Transfers and/or Obligations Pursuant to 11 U.S.C. §§544, 547, 548 and 6 Del. C. §§ 1304 and 1305 to Recover Property Transferred Pursuant to 11 U.S.C. § 550 and to Recharacterize Certain Debts as Equity [Adv. Proc. D.I. 1];

2.  Defendants' Motion to Dismiss [Adv. Proc. D.I. 28];

3. Memorandum of Law in Support of Defendants' Motion to Dismiss [Adv. Proc. D.I. 29];

4. Answering Brief of Jeoffrey L. Burtch, Chapter 7 Trustee of Parker School Uniforms, LLC, in Opposition to Argosy Defendants Motion to Dismiss Complaint [Adv. Proc. D.I. 32]; and

5. Reply Memorandum in Support of Defendants' Motion to Dismiss [Adv. Proc. D.I. 34].

Dated: August 31, 2020

Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsmile: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel to Argosy Investment Partners V, L.P. and Argosy Investment Partners Parallel V, L.P.*

.