**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                            Chapter **7**

                                   Case No. **18**-**10085** (**CSS**)

Debtor: **Parker School Uniforms, LLC**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Thomas D. Bielli** to represent **Argosy Investment Partners V, L.P. & Argosy Investment Partners Parallel V, L.P.** in this action.

                                   /s/ David M. Klauder

| | |
|---|---|
| Firm Name: | Bielli & Klauder, LLC |
| Address: | 1204 N. King Street<br>Wilmington, DE 19801 |
| Phone: | (302) 803-4600 |
| Email: | dklauder@bk-legal.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Pennsylvania and New York** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                   /s/ Thomas D. Bielli

| | |
|---|---|
| Firm Name: | Thomas D. Bielli, Esq.<br>Bielli & Klauder, LLC |
| Address: | 1905 Spruce Street<br>Philadephia, PA 19103 |
| Phone: | (215) 642-8271 |
| Email: | tbielli@bk-legal.com |

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.