# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Parker School Uniforms, LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No: 18-10085 (CSS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Cole Schotz P.C. hereby withdraws its appearance as counsel to Frost Bank in the above-captioned case, and Pachulski Stang Ziehl & Jones LLP is hereby substituted as counsel to Frost Bank.

Dated: March 1, 2021                              Respectfully submitted,

| **COLE SCHOTZ P.C.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| */s/ Kate Stickles*<br>J. Kate Stickles (DE Bar No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>kstickles@coleschotz.com | */s/ Peter J. Keane*<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: pkeane@pszjlaw.com<br><br>and<br><br>Michael D. Warner<br>440 Louisiana Street<br>Suite 900<br>Houston, TX  77002<br>Telephone: (713) 691-9385<br>Email: mwarner@pszjlaw.com |

DOCS_DE:233201.1 68700/001