IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE: : CHAPTER 7
**PARKER SCHOOL UNIFORMS LLC,** :
:
: CASE NO. 18-10085 (KBO)
:
Debtor :

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

| | | |
|---|---:|---|
| A $ | 1,682,822.27 | TOTAL GROSS RECEIPTS |
| | 0.00 | TOTAL DISBURSEMENTS |
| $ | 1,682,822.27 | NET BALANCE FOR DISTRIBUTION |

B  FEES AND EXPENSES

| | | |
|---|---:|---|
| $ | 73,734.67 | Trustee's Compensation |
| $ | 291.41 | Trustee's Expenses |
| | 0.00 | Trustee's Firm's Legal Fees |
| | 0.00 | Trustee's Firm's Legal Expenses |
| $ | 675,711.68 | Other Firm's Legal Fees |
| $ | 7,516.44 | Other Firm's Leal Expenses |
| $ | 29,009.00 | Trustee's Accounting Firm's Fees |
| $ | 112.95 | Trustee's Accounting Firm's Expenses |
| $ | 25,029.00 | Other Professional Fees/Expenses |
| | 0.00 | Fee for Auctioneer/Liquidator Fees |
| | 0.00 | Expenses for Auctioneer/Liquidator Expenses |
| $ | 57,688.04 | Other Expenses (Bank and Technology Service Fees) |
| $ | 1,940.26 | Other Expenses (BOND) |
| | 0.00 | Other Expenses (Storage Fees) |
| $ | 8,746.56 | Other Expenses |
| $ | 4,900.00 | Clerk's Costs |
| | 0.00 | U. S. Trustee Fees |
| | 0.00 | Other State or Local Income or Business Taxes |

C  DISTRIBUTIONS

| | | |
|---|---:|---|
| $ | 76,728.55 | Secured Creditors |
| $ | 721,413.71 | Priority Creditors |
| | 0.00 | Unsecured Creditors |
| | 0.00 | Equity Security Holder |

TOTAL DISBURSEMENTS (Sum of B+C = A) $1,682,822.27 If applicable, list portions of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to Debtor: 0.00)

D.  CLAIMS ALLOWED

List amount allowed to each class of creditors (whether paid in full or not). However, if the class received nothing, enter "0" on the line.

| **CLAIMS ALLOWED BY CLASS** | | **CLAIMS PAID BY CLASS AS PROPOSED** | |
|---:|---|---:|---|
| 76,728.55 | Secured Claims | 76,728.55 | Secured Claims |
| 1,264,034.39 | Priority Claims | 721,413.71 | Priority Claims |
| 3,748,057.63 | Unsecured Claims | 0.00 | Unsecured Claims |

    I certify under penalty of perjury that information provided on this form is true and correct to the best of my knowledge, information, and belief.


/S/JEOFFREY L BURTCH, TRUSTEE
Jeoffrey L. Burtch
Trustee


Date: 4/30/2024